**William COOPER, Appellant,**

v.

**Jim JONES, et al., Respondent.**

**No. WD 41919.**

Missouri Court of Appeals,
Western District.

Feb. 20, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 1990.

Application to Transfer Denied
May 15, 1990.

William Cooper, Moberly, pro se.

William L. Webster, Atty. Gen., Kevin M.J. Crane, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and TURNAGE, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of *in forma pauperis* petition for injunctive relief.

Affirmed.   Rule 84.16(b).